UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN YEATON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | 14-10695-DPW |
| ) | |
| GRAGIL ASSOCIATES, INC., et al., ) | |
| ) | |
| Defendants ) | |

## SETTLEMENT ORDER OF DISMISSAL

WOODLOCK, District Judge

The Court having been advised that the above-entitled action has been settled on **9/22/14** with respect to all parties;

IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party upon good cause shown within **60 days**, to reopen the action if settlement is not consummated, otherwise the parties shall file a Stipulation of Dismissal or an Agreement for Judgment with the Court no later than **12/8/14**.

BY THE COURT,

/s/ Jarrett Lovett
Courtroom Deputy Clerk

DATE: 10/9/14